BARRETT K. GREEN, Bar No. 145393
bgreen@littler.com
COURTNEY S. HOBSON, Bar No. 252322
chobson@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, California 90067.3107
Telephone: 310.553.0308
Facsimile: 310.553.5583

Attorneys for Defendant
CON-WAY FREIGHT INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ANTHONY SEPULVEDA, ZENEN PEREZ FLORES, ERNESTO TORRES GONZALES, and ARTEM ONICHEV,<br><br>Plaintiffs,<br><br>v.<br><br>CON-WAY FREIGHT, INC., a corporation, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 15-cv-02272-HSG<br><br>**ORDER GRANTING CON-WAY'S REQUEST FOR COUNSEL TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE**<br><br>[Local Rule 16-10(a)]<br><br>Date:  Aug. 18, 2015<br>Time:  2:00 p.m.<br>Place: Courtroom 15 |

(CASE NO. 15-CV-02272-HSG)

## **ORDER**

The Court, having considered Defendant Con-way Freight Inc.'s counsel's request to participate in the Case Management Conference scheduled for August 18, 2015 at 2:00 p.m. in Courtroom 15 by telephone (the "Request"), it is HEREBY ORDERED that Con-way's Request is GRANTED.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED.**

Dated:  August 12, 2015

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
U.S. District Judge

Firmwide:135269482.1 012187.1096

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

(CASE NO. 15-CV-02272-HSG)