UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ANTHONY SEPULVEDA, et al., <br><br>Plaintiffs, <br><br>v. <br><br>CON-WAY FREIGHT, INC., <br><br>Defendant. | Case No. 15-cv-02272-JSW <br><br>**ORDER VACATING HEARING DATE AND SETTING STATUS CONFERENCE** |

On September 4, 2015, the parties appeared for a case management conference. The Court set a deadline of August 5, 2016 to hear dispositive motions. (Docket Nos. 35, 36.) Under the Northern District Civil Local Rules, any dispositive motion should have been filed by July 1, 2016. The parties did not file any such motions.

Accordingly, the Court VACATES the placeholder hearing date, and it HEREBY ORDERS the parties to appear on August 5, 2016 at 11:00 a.m. for a status conference. The parties shall submit a joint status report the Court by no later than July 29, 2016.

**IT IS SO ORDERED.**

Dated: July 6, 2016

_____
JEFFREY S. WHITE
United States District Judge